# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

Kelly Pinn
Plaintiff

v.

4:24-cv-487
Civil Action No.

Thrive 360 LLC
Defendant

## CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT

(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Kelly Pinn, individually and on behalf of all others similarly situated,

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

None

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

Kelly Pinn, Class Members, Perrong Law LLC, Paronich Law, P.C., Sharon K. Campbell, Attorney at Law

| | |
|---|---|
| Date: | 5/27/2024 |
| Signature: | /s/ Andrew Roman Perrong |
| Print Name: | Andrew Roman Perrong |
| Bar Number: | 333687PA |
| Address: | 2657 Mount Carmel Avenue |
| City, State, Zip: | Glenside, PA 19038 |
| Telephone: | 215-225-5529 |
| Fax: | 888-329-0305 |
| E-Mail: | a@perronglaw.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Other Documents => Certificate of Interested Persons/Disclosure Statement.