UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**KELLY PINN,**

   Plaintiff,

v.                                             No. 4:24-cv-00487-P

**THRIVE 360 LLC,**

   Defendant.

## NOTICE OF INTENTION TO DISMISS WITHOUT PREJUDICE

This case was filed on May 27, 2024. Although more than ninety days have passed since the filing of the original complaint, no proof of service on Defendant is on record. Therefore, if Plaintiff desires to pursue her claims, she shall file a proof of service as required by Rule 4.1 of the Local Civil Rules of the Northern District of Texas no later than **Tuesday, September 24, 2024**, or her claims against Defendant will be dismissed without prejudice but without further notice. *See* Fed. R. Civ. P. 4(m).

**SO ORDERED** on this **13th day** of **September 2024.**

*/s/ Mark T. Pittman*

Mark T. Pittman
UNITED STATES DISTRICT JUDGE