**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| KELLY PINN, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br>　v.<br><br>THRIVE 360 LLC<br><br>　　　　　　　　Defendant. | Case No. 4:24-cv-00487<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff Kelly Pinn ("Ms. Pinn"), by her undersigned counsel, hereby voluntarily dismisses this action, without prejudice, with each party to bear its own fees and costs, pursuant to Rule 41(a)(1)(A)(i) of the FEDERAL RULES OF CIVIL PROCEDURE.

RESPECTFULLY SUBMITTED AND DATED this September 17, 2024.

　　　　　　　　　　　　　　　　*/s/ Andrew Roman Perrong*
　　　　　　　　　　　　　　　　Andrew Roman Perrong, Esq.
　　　　　　　　　　　　　　　　Perrong Law LLC
　　　　　　　　　　　　　　　　2657 Mount Carmel Avenue
　　　　　　　　　　　　　　　　Glenside, Pennsylvania 19038
　　　　　　　　　　　　　　　　Phone: 215-225-5529 (CALL-LAW)
　　　　　　　　　　　　　　　　Facsimile: 888-329-0305
　　　　　　　　　　　　　　　　a@perronglaw.com

## **CERTIFICATE OF SERVICE**

I certify that I filed the foregoing via ECF on the below date, which will automatically send a copy to all attorneys of record on the case.

Dated: September 17, 2024

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.